UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SMOOTH MULTI-SERVICES PLATFORM, ET AL., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:24-CV-00651-SDJ-AGD |
| v. | § § | |
| UNITED STATES OF AMERICA, ET AL., | § § § | |
| Defendants. | | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 6, 2025, the Magistrate Judge entered a Report, (Dkt. #19), recommending that Plaintiffs' case be dismissed without prejudice for failure to prosecute. On March 17, 2025, Plaintiffs filed an objection (Dkt. #20).

Having received the Report of the Magistrate Judge, considered Plaintiffs' objection, (Dkt. #20), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 25th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE